WILLIAM H. PLUMMER *vs.* EDWIN STONE.

Lincoln, 1875.—May 31, 1876.

*Referee. Trial.*

When a cause is referred to be decided upon legal principles, and the referee neither reports nor is requested to report the facts or the questions of law arising thereon, his award is final.

ON EXCEPTIONS.

ASSUMPSIT for "lodging, board and entertainment of the defendant, his horses, servants and agents" at different times between December 28, 1870, and January 1, 1873.

At the April term, 1874, the action was referred to be heard and decided on legal principles. The report of the referee in favor of the plaintiff was offered at the October term, 1874, when objection to its acceptance was made in writing, on the ground in substance that the plaintiff during the time covered by his account annexed was a common innholder; that the lodging, board and entertainment charged for was furnished in his capacity of innholder, a business that he was carrying on without a license; that though the defendant at the hearing before the referee objected that the plaintiff had no license as an innholder, and though it did not appear that at any time during said period he had any such license, yet the referee ruled against the law that the plaintiff had a right to recover and so awarded. The court overruled the defendant's objection as insufficient in law, and ordered the referee's report accepted; and the defendant alleged exceptions.

*W. H. Hilton*, for the defendant. ·

*N. M. Pike*, for the plaintiff.

APPLETON, C. J. This case was submitted to the referee to be heard and decided upon legal principles. Although such was the case, the law and the facts were primarily to be decided by him. *Latham* v. *Wilton*, 23 Maine, 125. The referee has not submitted any questions of law arising in the case to our decision. He might have done so, but he did not. He was not requested to report the evidence, and without such request he was under no obligation to do so. His conclusion is final.

*Exceptions overruled.*

WALTON, DANFORTH, VIRGIN and LIBBEY, JJ., concurred.